JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SHERMAN L. HIGGINS, | ) | Case No. CV 15-6544-JGB(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| NEIL McDOWELL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: September 30, 2015

_____
Jesus G. Bernal
United States District Judge